**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of ) 
*(Briefly describe the property to be searched* ) 
*or identify the person by name and address)* ) Case No. 5:16mj00014
2568 Mosby Court Apartment B, Harrisonburg, Virginia ) 
22801, more fully described in Attachment A ) 
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___June 6, 2016___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable Joel C. Hoppe___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___June 3, 2016 at 7:37 a.m.___   ___[signature]___
                                                          *Judge's signature*

City and state:   ___Charlottesville, Virginia___   ___Honorable Joel C. Hoppe___
                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|

COPY DO NOT EXECUTE

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**

The property to be searched is more fully described as follows:

**2568 Mosby Court, Apartment B, Harrisonburg, Virginia 22801**

The property located at 2568 Mosby Court, Apartment B, Harrisonburg, Virginia 22801 can be described as an apartment located within a residential apartment complex. The apartment is located on the first floor of a building marked with "2568" on the side. The building is light beige with brown trim. The door to the apartment is green and the apartment is identified by the letter "B" on the brown frame to the entry way of the apartment.

**Description of Computer(s) / Computing System(s)**

Any and all computer(s) / computing system(s)/cellular phones located at the 2568 Mosby Court, Apartment B, Harrisonburg, Virginia 22801, to include input and output devices, electronic storage media, USB drives, laptops, electronic tablets, computer tapes, scanners, disks, diskettes, optical storage devices, printers, monitors, central processing units, and all associated storage media for electronic data, together with all other computer-related operating equipment and materials.

**ATTACHMENT B**

**LIST OF ITEMS TO BE SEIZED**

Any and all documents in the following categories:

1. Financial records or files including, but not limited to, payment records, canceled checks, bank statements, checking and savings accounts, bank collection notices, monthly balance sheets, records of transfer of funds by wire or collection, safety deposit boxes, deposit slips, check stubs, and any other financial records, including, but not limited to, any accounts related to transactions involving the following: ALANE Company, ALANE LLC, ALANI Company, ALANI LLC, Ahmed Thamar Darweesh Al Ani, aka, Ahmed Thamer Darweesh Al Ani or Ahmed Thamar Darash Al Ani.

2. Documents and images relating to the following: ALANE Company, ALANE LLC, ALANI Company, ALANI LLC, Ahmed Thamar Darweesh Al Ani, aka, Ahmed Thamer Darweesh Al Ani or Ahmed Thamar Darash Al Ani.

3. All cellular phones, computers, computer peripherals, and any related items, whether in paper or magnetic form, including, but not limited to: cellular phones, electronic tablets, modules, modems, and connectors, computers, either laptop, stand-alone, or networked, central processing units, keyboards, monitors, file servers, mice or other input devices, USB drives, disk drives, FAX peripherals, CD-ROM, laser disks, scanners, printers or other output devices, cables; disks, floppy, hard, magnetic tapes or otherwise, all original and backup tapes or disks, any software programs, all vendor manuals for hardware and software, printouts, password files, user identifications, electronic mail, and any other informational materials related to computers;

4. Property that constitutes evidence of violations of Title 8 U.S.C. § 1324.